Bradford Hodach, CA State Bar #257011
LAW OFFICES OF BRADFORD HODACH
1212 Broadway, #706
Oakland, CA 94612
Tel: (510) 444-7250
bradhodachlaw@yahoo.com

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| MIRASOL C. CASTRO, | ) | CASE NUMBER: 10-44300 |
| Debtor(s). | ) | CHAPTER 13 |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |

I declare as follows:

I am employed in the Law Offices of Bradford Hodach; I am over the age of 18 years and not a party to the within action; my business address is 1212 Broadway, #706, Oakland, California, 94612.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On September 23, 2010, I served a copy of the following documents:

1. **AMENDED CHAPTER 13 PLAN; AND**

2. **NOTICE OF AMENDED CHAPTER 13 PLAN AND OPPORTUNITY TO OBJECT**

Case: 10-44300    Doc# 25-1    Filed: 09/23/10    Entered: 09/23/10 20:38:09    Page 1 of 2

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business.

**Martha G. Bronitsky**
**P.O. Box 5004**
**Hayward, CA 94540-5004**

**AND THE ATTACHED LIST OF INTERESTED PARTIES**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 23, 2010 at Oakland, California.


_____ /s/  Richelle Taylor _____
Richelle Taylor