| | |
|---|---|
| 1 | **LAW OFFICES OF BRADFORD HODACH**<br>BRADFORD HODACH SBN 257011 |
| 2 | 1212 Broadway #706<br>Oakland, CA 94612 |
| 3 | 510-444-7250 |
| 4 | Attorney for Debtor<br>MIRASOL C. CASTRO |
| 5 | |

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | | CASE NO. 10-44300 EDJ-13 |
| MIRASOL C. CASTRO, | | CHAPTER 13 |
| | DEBTOR. | |
| _____/ | | CERTIFICATE OF SERVICE BY MAIL |

I, RICHELLE TAYLOR, declare that:

I am employed in the County of Alameda, State of California. I am over the age of 18 and am not a party to the within action; my business address is 1212 Broadway #706, Oakland, CA 94612.

On the date stated below, I served the within**:**

1. **NOTICE OF MOTION AND OPPORTUNITY FOR HEARING**
2. **MOTION TO VALUE COLLATERAL AND AVOID LIEN OF CREDITOR FRANKLIN CREDIT MANAGEMENT CORPORATION, AS SERVICING AGENT FOR BOSCO CREDIT LLC (SUCCESSOR IN INTEREST TO CAL STATE 9 CREDIT UNION) ON REAL PROPERTY**
3. **EXHIBITS A THROUGH D**
4. **DECLARATION OF BRADFORD HODACH IN SUPPORT THEREOF**

on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with First Class postage prepaid, and by Certified Mail where noted, in the United States Mail at Oakland, California, addressed as follows:

SEE ATTACHED SERVICE LIST

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 9/29/2010, at Oakland, California

2

3                                         /s/ Richelle Taylor
                                                     RICHELLE TAYLOR

SERVICE LIST

MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE
P.O. BOX 5004
HAYWARD, CA 94540-5004

Franklin Credit Management Corporation
(as servicing agent for BOSCO CREDIT LLC)
Agent for Service of Process:
CSC - LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR STE 100
SACRAMENTO CA 95833

Thomas J. Axon, President of
Franklin Credit Management Corporation
101 HUDSON ST 25TH FL
JERSEY CITY NJ 07302

BOSCO CREDIT LLC
Agent for Service of Process:
CSC - LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR STE 100
SACRAMENTO CA 95833

Thomas J. Axon, President of
BOSCO CREDIT LLC
101 HUDSON STREET
JERSEY CITY NJ 07302

Cal State 9 Credit Union
Agent for Service of Process:
MAX PEEPLES
3000 CLAYTON RD
CONCORD CA 94519
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

TICOR TITLE COMPANY OF CALIFORNIA
Agent for Service of Process:
C T CORPORATION SYSTEM
818 W 7TH ST
LOS ANGELES CA 90017

Franklin Credit Management Corporation
(as servicing agent for BOSCO CREDIT LLC)
Attn: officer, managing or general agent,
or to any agent authorized to receive service of process
101 HUDSON ST 25TH FL
JERSEY CITY NJ 07302

| | |
|---|---|
| 1 | BOSCO CREDIT LLC<br>Attn: officer, managing or general agent, |
| 2 | or to any agent authorized to receive service of process<br>101 HUDSON STREET |
| 3 | JERSEY CITY NJ 07302 |
| 4 | Franklin Credit Management Corporation<br>Attn: officer, managing or general agent, |
| 5 | or to any agent authorized to receive service of process<br>110 E. Main St. |
| 6 | Salineville, OH 43945 |
| 7 | Lawrence J. Buckley, Esq.<br>as authorized agent for |
| 8 | FRANKLIN CREDIT MANAGEMENT CORPORATION,<br>AS SERVICING AGENT FOR BOSCO CREDIT LLC |
| 9 | P.O. Box 829009<br>Dallas, TX 75382-9009 |
| 10 | |
| 11 | Lawrence J. Buckley, Esq.<br>as authorized agent for |
| 12 | FRANKLIN CREDIT MANAGEMENT CORPORATION,<br>AS SERVICING AGENT FOR BOSCO CREDIT LLC |
| 13 | 9441 LBJ Freeway, Suite 250<br>Dallas, Texas 75243 |
| 14 | TICOR TITLE COMPANY OF CALIFORNIA<br>Attn: officer, managing or general agent, |
| 15 | or to any agent authorized to receive service of process<br>2510 N REDHILL AVE |
| 16 | SANTA ANA CA 92705 |
| 17 | Cal State 9 Credit Union<br>Attn: officer, managing or general agent, |
| 18 | or to any agent authorized to receive service of process<br>4807 SPICEWOOD SPRINGS RD STE 5100 |
| 19 | AUSTIN TX 78759<br>[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL] |
| 20 | |
| 21 | Cal State 9 Credit Union<br>Attn: officer, managing or general agent, |
| 22 | or to any agent authorized to receive service of process<br>P. O. Box 271768 |
| 23 | Concord, CA 94527-1768<br>[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL] |
| 24 | MIRASOL C. CASTRO<br>5656 West Cog Hill Terrace |
| 25 | Dublin, CA 94568 |
| 26 | |
| 27 | |
| 28 | |